**BROCK & GONZALES, LLP**
6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
TIMOTHY J. GONZALES, STATE BAR NO. 234923
ab@brockgonzales.com
LEE A. CIRSCH, STATE BAR NO. 227668
lc@brockgonzales.com
SEAN T. COOK, STATE BAR NO. 318952
sc@brockgonzales.com

**Attorneys for Plaintiff**
STEPHANIE CONTRERAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CONTRERAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JCPENNY CORPORATION, INC., a Texas Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-00767 MWF (Ex)<br>Assigned to Hon. Michael W. Fitzgerald<br>Courtroom 5A<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

The parties to this action, acting through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the Dismissal With Prejudice of this Action, including any and all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

1

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**

**IT IS SO STIPULATED.**

DATED: May 28, 2021          BROCK & GONZALES, LLP


                             By:    /s/ Sean T. Cook
                                 TIMOTHY J. GONZALES
                                 LEE A. CIRSCH
                                 SEAN T. COOK
                                 Attorneys for Plaintiff


DATED: May 28, 2021          FISHER & PHILLIPS LLP


                             By:    /s/ Megan C. Winter
                                 Megan C. Winter
                                 Attorney for Defendants


## [PROPOSED] ORDER

The stipulation is approved. The entire action, including any and all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____
                                          Hon. Michael W. Fitzgerald
                                          United States District Judge

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**