# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CONTRERAS, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JCPENNY CORPORATION, INC., a Texas Corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:20-CV-00767 MWF (Ex)<br>Assigned to Hon. Michael W. Fitzgerald<br>Courtroom 5A<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　The parties to this action, acting through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the Dismissal With Prejudice of this Action, including any and all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: May 28, 2021      BROCK & GONZALES, LLP


By:   /s/ Sean T. Cook
  TIMOTHY J. GONZALES
  LEE A. CIRSCH
  SEAN T. COOK
  Attorneys for Plaintiff


DATED: May 28, 2021      FISHER & PHILLIPS LLP


By:   /s/ Megan C. Winter
  Megan C. Winter
  Attorney for Defendants

## ORDER

The stipulation is approved. The entire action, including any and all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: June 1, 2021

MICHAEL W. FITZGERALD
United States District Judge